FILED
2014 DEC -9 PM 3: 24
US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXUS STRATEGIC SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AQUMIN LLC, et al., <br><br> Defendants. | § § § § § § § § § § § Civil Action No. 1:11-cv-00073-LY <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO STAY

The Court has reviewed Defendant Nirvana Systems, ("Nirvana") and Plaintiff Maxus Strategic Systems, Inc. ("Maxus") Notice of Settlement, filed on December 8, 2014. The Notice of Settlement requests a 14-day stay to allow time for Nirvana and Maxus to finalize a written settlement agreement. The Court hereby orders that the motion is GRANTED.

SIGNED this 9th day of December, 2014.

_____
HONORABLE LEE YEAKEL
JUDGE PRESIDING